UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Margarita Del Carmen Montan, *et al.*,

        Plaintiff,

–v–

American Airlines Inc., *et al.*,

        Defendant.



02cv439 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 13, 2019, attorney Clifford Meirowitz filed a letter with this Court enclosing the 2019 Annual Account on behalf of Comerica Bank & Trust, N.A., as Trustee for the Evelyn Ramirez Special Needs Trust. Dkt. No. 181. On August 1, 2019, this Court ordered Mr. Meirowitz to file a letter with the Court providing information relating to his June 13 filing. Dkt. No. 182. As of the date of this Order, the Court is not in receipt of such a letter. Accordingly, the Court hereby ORDERS that Mr. Meirowitz shall submit this information within two weeks of the date of this Order.

    The Court will mail a copy of this Order to:

Clifford A. Meirowitz, Esq.
450 Seventh Avenue, Suite 1908
New York, New York 10123

SO ORDERED.

Dated: August __, 2019
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge